UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN F. LECHNER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:20-cv-143 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MAARTEN VERMAAT, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court dismissed this civil action for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 2, 2020                          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge